### 1563. LOGAN *v.* CITY OF ATLANTA.

POWELL, J. This case is controlled by the ruling made at the conclusion of the opinion in the case of *Smith* v. *Atlanta,* this day decided, ante, 492. *Judgment affirmed.*

Certiorari, from Fulton superior court—Judge Pendleton. November 30, 1908.

Argued January 13,—Decided January 27, 1909.

*S. C. Crane,* for plaintiff in error.

*J. L. Mayson, W. P. Hill, C. D. Hill,* contra.

---

### 1565. EDWARDS *v.* THE STATE.

HILL, C. J. 1. The trial judge refusing to verify the second ground in the amended motion for a new trial, this court will not consider it.

2. No error of law appears, and the verdict is supported by the evidence.
*Judgment affirmed.*

Indictment for carrying concealed weapon, from Talbot superior court—Judge Gilbert. November 2, 1908.

Submitted January 13,—Decided January 27, 1909.

*McGehee & McGehee, J. J. Bull,* for plaintiff in error.

*George C. Palmer, solicitor-general,* contra.